# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SHANNON BROWN, <br><br> Plaintiff, <br> v. <br><br> C.R. BARD, INC., AND BARD PERIPHERALVASCULAR, INC., <br><br> Defendants. | Case No. 3:21-cv-05141-RSM |

## ORDER

AND NOW, on this 5th day of May, 2021, upon consideration of the Parties' Joint Motion to Stay Proceedings, and upon good cause shown, it is hereby ORDERED that the Motion is GRANTED, and that this matter is STAYED for ninety (90) days.

DATED: May 5, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1